IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **CHARLES EDWARD GARY,** | ) | Civil Action No. 7:15-cv-00116 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **MIKE MONDUL,** *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ADJUDGED and ORDERED** that defendants' motion to dismiss (Docket No. 18) and motion for waiver of oral argument (Docket No. 23) are **GRANTED** and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this order and the accompanying memorandum opinion to the parties.

Entered this  3rd  day of November, 2015.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE